**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2543**

---

KARON ANN PARHAM, daughter of Iris Candler of
the Candlers of Atlanta Georgia Originators of
the Coca-Cola Company,

                                        Plaintiff - Appellant,

     versus

THE COCA-COLA COMPANY,

                                    Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Richard L. Williams, Senior
District Judge. (CA-96-551)

---

Submitted: December 13, 1996      Decided: January 13, 1997

---

Before MURNAGHAN, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Karon Ann Parham, Appellant Pro Se. Rosewell Page, III, Darryl
Scott Lew, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond,
Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her trademark and copyright infringement and unjust enrichment claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Parham v. Coca-Cola Company</u>, No. CA-96-551 (E.D. Va. Sept. 30, 1996). We deny Appellant's motion for leave to file exhibits to "Accept One (1) Container of a Straight-sided Container;" "Three Tapes to be Entered and Transcribed by the Court as Exhibits to this Case;" "To Accept One (1) Glass Bottle;" "Motion to Accept One (1) Container of the Subject Matter of this Case;" "The N.C. State Court Paper Writings and Exhibits on File; Case Nos. 93-CVS-239 and COA 95-51 considered a part of U.S.D.C.E.D.N.C.: 5:96-CV-421-H2 and U.S.C.O.A. Fourth Circuit: 96-2258." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2